■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PUCKETT, Appellant.—Judgment, Supreme Court,

New York County (Harold Rothwax, J.), rendered on September 19, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Kassal and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SUAREZ, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on April 22, 1985, unanimously affirmed.